UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION
AT COLUMBUS, GEORGIA



## MINUTE SHEET OF COURT PROCEEDINGS (UNCONTESTED/NON-EVIDENTIARY)

| | |
|---|---|
| Date: 9/15/2011 | Telephone Conference re: Global Settlement |
| Judge: CLAY D. LAND | Court Reporter: Betsy Peterson |
| Courtroom Deputy: Elizabeth S. Long | Interpreter: N/A |

<u>**Case Number:**</u>   4:07-md-1854 (CDL)

| | | |
|---|---|---|
| IN RE TYSON FOODS, INC., FAIR LABOR STANDARDS ACT LITIGATION | Plaintiffs' Counsel: | Christine Webber and Bob DeRose |
| | Defendant's Counsel: | Lisa Schreter and Joel Cohn |

*DISCLAIMER: CONTENTS OF THIS MINUTE SHEET ARE FOR ADMINISTRATIVE PURPOSES ONLY AND ARE NOT MEANT AS A SUBSTITUTION FOR THE OFFICIAL COURT RECORD.  ATTORNEYS SHOULD CONTACT THE COURT REPORTER AND ORDER A TRANSCRIPT IF THERE ARE ANY QUESTIONS AS TO THE CONTENTS HEREIN.*

*Court time for JS10: 20 minutes*

Participants identified

The Court requested clarification of certain aspects of the settlement

An application for attorneys' fees will be filed at a later time

The Court will sign the Order approving settlement which will result in the closing of all individual cases.